## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kathryn Goll

                                        Plaintiff,

v.                                                          Case No.: 1:21−cv−05481
                                                          Honorable Elaine E. Bucklo

Roman Catholic Diocese of Joliet, Illinois, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 29, 2023:

      MINUTE entry before the Honorable Elaine E. Bucklo: The court has reviewed the parties joint status report. Parties report they have reached a settlement in principle. Status hearing is reset for 7/31/2023 at 9:45 a.m. (to track the case only, no appearance is required). The parties shall file a joint written status report by 7/24/2023. The court will enter a scheduling order in response to the status report. If a stipulation to dismiss is submitted in advance of that date, no appearance is required. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.